UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
　　　　**Plaintiff**

v.　　　　　　　　　　　　　　　　　　Case Number 3:06cr003-001

　　　　　　　　　　　　　　　　　　　USM Number 04037-027

**JEFFREY D KIRKLAND**
　　　　**Defendant**

　　　　　　　　　　　　　　　　　　　DAVID P JONES
　　　　　　　　　　　　　　　　　　　Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

**THE DEFENDANT** admitted guilt to all the violations in the term of supervision as listed in the petition filed January 31, 2013, and the amended petition filed April 4, 2013.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition; Standard Condition No. 7, Violation No. 1 | The defendant provided urine specimens, which were analyzed and yielded positive results for the presence of marijuana on November 30, 2012; December 5, 13, 18, 2012; January 24, 2013; and March 20, 2013. | March 20, 2013 |
| Mandatory Condition; Standard Condition No. 7, Violation No. 2 | The defendant willfully failed to provide a urine specimen as directed by his probation officer on November 15 and 19, 2012; January 15 and 22, 2013; February 7, 20, 28, 2013; March 14, 22, 28, 2013; and April 4, 2013. | April 4, 2013 |
| Mandatory Condition; Standard Condition No. 7, Violation No. 3 | Based on the above indicated positive urine specimens submitted by the defendant, it appears that the offender not only unlawfully used controlled substances, but also unlawfully possessed controlled substances. | March 20, 2013 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the

defendant must notify the court and United States Attorney of any material change in economic circumstances.

April 24, 2013
Date of Imposition of Judgment

s/ Jon E. DeGuilio
Signature of Judge

Jon E. DeGuilio, United States District Judge
Name and Title of Judge

April 24, 2013
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **1 week.** Pursuant to § 7B1.5, no credit is to be given toward a sentence of imprisonment for time served on supervised release prior to the revocation. No further supervised release to follow.

The Court makes the following recommendations to the Bureau of Prisons: NONE

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____ _____ , with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
DEPUTY UNITED STATES MARSHAL

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$100.00** | **NONE** | **NONE** |

If the Defendant has not already done so, the Defendant is again ordered to pay the special assessment fee, under the same terms previously imposed and ordered by this Court in its original judgment. The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution was ordered.